# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Atain Insurance Co.,**<br>    **Plaintiff,**<br><br>   v.<br><br>**Xcapes and Craig Lesser,**<br>    **Defendants.** | CIVIL ACTION<br><br><br><br>NO. 2:19-cv-05346 |

## O R D E R

**AND NOW**, this 25th day of February, 2020, upon consideration of Yuri Tyshko's Motion to Intervene (ECF 2) and Plaintiff's Response thereto (ECF 7), **IT IS ORDERED** that Tyshko's motion is **DENIED**.

                 **BY THE COURT:**

                 **/s/Wendy Beetlestone, J.**

                 _____
                 **WENDY BEETLESTONE, J.**