IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ATAIN INSURANCE CO.,**   **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **XCAPES AND CRAIG LESSER,**   **Defendants.** | **NO.  2:19-cv-05346** |

# ORDER

**AND NOW**, this 20th day of July, 2020, upon consideration of Plaintiff's Motion for Judgment on the Pleadings (ECF 22), Defendants' Response (ECF 24), and Plaintiff's Reply thereto (ECF 25), **IT IS ORDERED** that Plaintiff's motion is **GRANTED**.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**